ACCEPTED
03-14-00801-CV
4248545
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 2:17:43 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00801-CV

## IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 2:17:43 PM
JEFFREY D. KYLE
Clerk

_____

**THE UNIVERSITY OF TEXAS SYSTEM AND THE UNIVERSITY OF TEXAS AT DALLAS**
*Appellants,*

v.

**KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**
*Appellee,*

v.

**MARILYN CAMERON**
*Intervenor/Appellee.*

_____

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-11-001923
The Honorable Stephen Yelenosky, Judge Presiding

_____

## NOTICE OF APPEARANCE
## AND DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUSTICES:

Undersigned counsel hereby enters an appearance on behalf of Appellants,
The University of Texas System and The University of Texas at Dallas, and provides
notice that Melissa Mather, Assistant Attorney General, in the Financial Litigation,
Tax, and Charitable Trusts Division of the Office of the Texas Attorney General, is
now attorney-in-charge for The University of Texas System and The University of
Texas at Dallas pursuant to Tex. R. Civ. P. 8 and 21a.

Prior appearance has been entered in the case by Joshua Godbey of this office.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

*/s/ H. Melissa Mather*_____
H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-2540 - Telephone
(512) 477-2348 – Fax
melissa.mather@texasattorneygeneral.gov
***Attorney for Appellants***

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2015, a true and correct copy of *Notice of Appearance and Designation of Attorney-in-Charge* was served via e-service and/or e-mail, to the following:

Kimberly L. Fuchs
Chief, Open Records Litigation
Administrative Law Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
kimberly.fuchs@texasattorneygeneral.gov
*Attorney for Appellee Attorney General*

Marilyn Cameron
18222 Outback Lakes Trail
Humble, Texas 77346
mizcameron@yahoo.com
*Intervenor/Appellee*

*/s/ H. Melissa Mather*_____
H. Melissa Mather